MINNA BEHR, Appellant, v. GRACE B. STIRRUP, Defendant, Impleaded with CHARLES HAAS, Respondent.— Judgment and order unanimously affirmed, without costs. An issue of fact only is presented by the record as to the liability of the defendant Haas. We cannot find the verdict was against the weight of evidence. The liability of the defendant Stirrup is not before this court for

review, as the plaintiff did not appeal from the order granting said defendant's motion to dismiss the complaint.   Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.